NEIL A. HELFMAN (California SBN 129567)
454 Dimm St.
Richmond, California 94805
Tel: (510) 230-4933
Fax: (510) 230-4933
Email: Nhelfman28@aol.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT Of

CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MILPITAS CAB, CITY CAB<br>     Plaintiffs<br><br>     vs.<br><br>STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT<br><br>     Defendant. | Case No**.: 5:15-cv-00730 NC**<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND INITIAL DISCLOSURES** |

All of the parties to this action, through their counsel, stipulate and agree

1

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND INITIAL DISCLOSURES

1  to continue the Case Management Conference presently set for April 29, 2015,
2  and all initial disclosures mandated by FRCP 26, until fourteen (14) days after
3  defendant's Motion to Dismiss presently set for May 20, 2015, is decided by this
4  Court.  The Case Management Conference will be set at the Court's discretion.

     IT IS SO STIPULATED.

Date:   April 21, 2015

                              By   s/ Neil A. Helfman
                                  NEIL A. HELFMAN
                                  Attorney for All Plaintiffs

                              By   s/ Karen W. Yiu
                                  KAREN W. YIU
                                  Attorney for Defendant State of
                                  California Employment Development
                                  Department

                       *** ORDER ***

Pursuant to the parties' stipulation, IT IS SO ORDERD.

Date:  _____April 22, 2015_____              _____
                                              Mag.        M. Cousins



STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND INITIAL DISCLOSURES